AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

LaSalle Bank National Association, as Indenture Trustee

V.

BNP Paribas, London Branch, AMBAC Credit Products LLC, Financial Products Inc., Deutsche Investment Management Americas inc. d/b/a Deutsche Insurance Asset Management, Cede & Co., as holder of certain Notes and nominee name of the Depository Trust Company, Does 1 through 5, holders of certain Class A-2 Notes, and Does 6 through 100. owners of beneficial interests in certain Class A-1, Class A-2, Class A-3 and Class A-4 Notes,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 6134

JUDGE PRESKA

TO: (Name and address of Defendant)

BNP Paribas, London Branch
10 Harewood Avenue
London, NW1 6AA
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 3 2008

CLERK                                                   DATE

(By) DEPUTY CLERK

○AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date             *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>Interpleader Plaintiff,<br><br>- against -<br><br>BNP PARIBAS, LONDON BRANCH; AMBAC CREDIT PRODUCTS LLC; NATIXIS FINANCIAL PRODUCTS INC.; DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. d/b/a DEUTSCHE INSURANCE ASSET MANAGEMENT; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; DOES 1 through 5, holders of certain Class A-2 Notes; and DOES 6 through 100, owners of beneficial interests in certain Class A-1T, Class A-2, Class A-3 and Class A-4 Notes.<br><br>Interpleader Defendants. | **AFFIDAVIT OF SERVICE**<br><br>08 CV 6134 (LAP) (HBP) |

---

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK )

1. Michael Malloy, being duly sworn, deposes and says: that I am over eighteen years of age, that I reside in Wilton, Connecticut and that I am not a party to this action.

2. On July 7, 2008, pursuant to the consent to service by BNP Paribas, London Branch, as memorialized in Section 6.07(d) of the Class A-1R Note Purchase Agreement, deponent served the Summons, Interpleader Complaint, Interpleader Bond, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Individual Practices of Judge Loretta A. Preska, Individual Practices of Magistrate Henry B. Pitman and a copy of the Southern District of New York's Electronic Case Filing Rules and Instructions upon defendant BNP Paribas, London Branch, at 10 Harewood Avenue, London, NW1 6 AA, United Kingdom, by utilizing two different agreed upon service methods: the first by enclosing true copies of each document a in a prepaid properly addressed envelope and giving said envelope to UPS to be distributed by their Overnight Courier Service, the second by electronically transmitting by facsimile true copies of the aforementioned documents using telephone number (+44 207 595 2555). Deponent received electronic confirmation that the electronic transmission was completed successfully. A copy of that

- 2 -

confirmation is attached.

_____
Michael Malloy

Sworn to before me this
8th day of July 2008

_____
Notary Public

LOUIS P. COSTANZO
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 20 1 1

LEGAL02/30872723v1

Confirmation Report - Memory Send

```
                              Page       : 001
                              Date & Time: Jul-07-2008  02:28pm
                              Line 1     :
                              Line 2     :
                              Machine ID :
```

| | | |
|---|---|---|
| Job number | : | 089 |
| Date | : | Jul-07 02:11pm |
| To | : | ☎+7030000801144207595 2555 |
| Number of pages | : | 060 |
| Start time | : | Jul-07 02:11pm |
| End time | : | Jul-07 02:28pm |
| Pages sent | : | 060 |
| Status | : | OK |

Job number      : 089               *** SEND SUCCESSFUL ***

This facsimile message and its contents are legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message and its contents is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the address shown below via the Postal Service. Thank You.

## ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

## TELECOPY
PLEASE DELIVER AS SOON AS POSSIBLE

**Date:**
July 7, 2008

| Recipient: | Company: |
|---|---|
| Sir or Madam | BNP Paribas, London Branch |
| **Fax Number:** | **Voice Number:** |
| (+44 207 595 2555) | Recipient Tel Number |

**Sender:**
Michael Malloy

**Message:**
Please see attached

Number of Pages: (including cover page) [ 60 ]

IF NOT RECEIVED PROPERLY, PLEASE NOTIFY US IMMEDIATELY AT 212-210-9578.

| USER CODE: | MALLM | REQUESTED BY: | 9578 |
|---|---|---|---|
| CLIENT/MATTER: | 053469/342289 | OPERATOR: | |

Alston & Bird