AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

LaSalle Bank National Association, as Indenture Trustee

V.

BNP Paribas, London Branch, AMBAC Credit Products LLC, Financial Products Inc., Deutsche Investment Management Americas inc. d/b/a Deutsche Insurance Asset Management, Cede & Co., as holder of certain Notes and nominee name of the Depository Trust Company, Does 1 through 5, holders of certain Class A-2 Notes, and Does 6 through 100. owners of beneficial interests in certain Class A-1, Class A-2, Class A-3 and Class A-4 Notes,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 6134**

JUDGE PRESKA

TO: (Name and address of Defendant)

Deutsch Insurance Management
345 Park Avenue, 25th Floor
New York, New York 10154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_

DATE    JUL 0 3 2008

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LASALLE BANK NATIONAL ASSOCIATION, as
Indenture Trustee,
        Plaintiff(s),

JUDGE PRESKA
Index No. 08 CV 6134

-against-

AFFIDAVIT OF SERVICE

BNP PARIBAS, LONDON BRANCH; AMBAC CREDIT
PRODUCTS LLC, et al.,
        Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK    )
              S.S.:
COUNTY OF NEW YORK)

       ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 8th day of July 2008, at approximately 2:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, INTERPLEADER COMPLAINT, INTERPLEADER, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN AND ELECTRONIC CASE FILING RULES AND INSTRUCTIONS** upon Deutsche Insurance Management at 60 Wall Street, New York, NY, by personally delivering and leaving the same with Norma Jean Clark, Secretary, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Norma Jean Clark is a white female, approximately 36 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 110 pounds with blonde hair and blue eyes.

_____
ROBERT MILLS #1004298

Sworn to before me this
10th day of July 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012