**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Plaintiff, | Case No. _____ |
| **-v-**<br>BNP PARIBAS, LONDON BRANCH; AMBAC CREDIT PRODUCTS LLC; NATIXIS FINANCIAL PRODUCTS INC.; DEUTSCHE INSURANCE ASSET MANAGEMENT; CEDE & CO., as holder of certain Notes and nominee names of The Depository Trust Company, and DOES 1 through 5, holders of certain Class A-2 Notes; and DOES 6 through 100, owners of beneficial interests in certain Class A-1T, Class A-2, Class A-3 an interests in certain Class A-1T, Class A-2, Class A-3 and Class A-4 Notes,<br>Defendant. | **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Cede & Co, as holder of Certain Notes and nominee name of The Depository Trust Company</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** _____

**Signature of Attorney**

**Attorney Bar Code:** _____