USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LaSALLE BANK NATIONAL ASSOCIATION, :
As Indenture Trustee,
 :
            Interpleader Plaintiff,
 :
      -against-
 :
BNP PARIBAS, LONDON BRANCH, AMBAC :   Case No. 08 Civ. 6134
CREDIT PRODUCTS LLC, NATIXIS FINANCIAL :
PRODUCTS INC., DEUTSCHE INVESTMENT
MANAGEMENT AMERICAS INC. d/b/a :
DEUTSCHE INSURANCE ASSET
MANAGEMENT, CEDE & CO., as holder of :
certain Notes and nominee name of the Depositary
Trust Company, DOES 1 through 5, holders of :
certain Class A-2 Notes; and DOES 6 through100,
owners of beneficial interests in certain Class A-1T, :
Class A-2, Class A-3 and Class A-4 Notes,
 :
           Interpleader Defendants.
------------------------------------------------------------x

## STIPULATION EXTENDING
## TIME TO ANSWER OR MOVE

     **IT IS HEREBY STIPULATED AND AGREED**, by and among Interpleader Plaintiff, LaSalle Bank National Association ("LaSalle") and Ambac Credit Products LLC ("Ambac"), Natixis Financial Products Inc. ("Natixis") and BNP Paribas London Branch ("BNP") (collectively, the "Interpleader Defendants"), that the time in which the

NYC 673125.1 304400 000059 7/22/2008 03:29pm

Interpleader Defendants may answer or move with respect to the Interpleader Complaint is hereby extended to and including August 27, 2008.

Dated: New York, New York
July 28 2008

          ALSTON & BIRD LLP

          By: _____
          Michael E. Johnson (MJ 0299)
          Judith A. Amorosa (JA 4027)
          90 Park Avenue
          New York, NY 10016
          212-210-9400

          Attorneys for Interpleader Plaintiff
          LaSalle Bank National Association, as
          Trustee

          KLESTADT & WINTERS LLP

          By: _____
          Tracy L. Klestadt (TK 3591)
          292 Madison Avneue, 17th Floor
          New York, NY 10017-6314
          212-972-3000

          Attorneys for Interpleader Defendant
          Ambac Credit Products Inc.

NYC 673125.1 304400 000059 7/22/2008 03:29pm

DAVIS & GILBERT LLP

By: /s/ Paul F. Corcoran
Paul F. Corcoran (PC 7432)
1740 Broadway
New York, NY 10019
212-468-4825

Attorneys for Interpleader Defendants
BNP Paribas, London Branch and Natixis
Financial Products Inc.

SO ORDERED:

/s/ John F. Keenan  7/28/08
U.S.D.J.

NYC 673125.1 304400 000059 7/22/2008 03:29pm