UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>                Interpleader Plaintiff,<br><br>- against -<br><br>BNP PARIBAS, LONDON BRANCH; AMBAC CREDIT PRODUCTS LLC; NATIXIS FINANCIAL PRODUCTS INC.; DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. d/b/a DEUTSCHE INSURANCE ASSET MANAGEMENT; CEDE & CO., as holder of certain Notes and nominee name of the Depositary Trust Company; DOES 1 through 5, holders of certain Class A-2 Notes; and DOES 6 through 100, owners of beneficial interests in certain Class A-1T, Class A-2, Class A-3 and Class A-4 Notes.<br><br>                Interpleader Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 08-cv6134 (LAP) |

    Interpleader Plaintiff LaSalle Bank National Association ("LaSalle"), in its capacity as Indenture Trustee, through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby notices the dismissal from the above captioned action of Defendant Deutsche Investment Management Americas, Inc., without prejudice and without costs.

    Respectfully submitted this 14th day of August, 2008.

- 2 -

CONTINUED FROM PREVIOUS PAGE

ALSTON & BIRD LLP

By: /s/ Michael E. Johnson
Michael E. Johnson (MJ 0299)
Judith A. Amorosa (JA 4027)
90 Park Avenue
New York, New York
(212) 210-9400

*Attorneys for Interpleader Plaintiff LaSalle Bank National Association, as Trustee*

- 2 -

LEGAL02/30915508v1