# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Michael E. Johnson  Direct Dial: 212-210-9584  E-mail: michael.johnson@alston.com

August 19, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

*VIA FACSIMILE (212-805-7941)*

Honorable Loretta Preska
United States District Judge
United States District Courthouse
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

Re: **LaSalle Bank National Association v. BNP Paribas, London Branch; AMBAC Credit Products LLC; Natixis Financial Products Inc.; Deutsche Investment Management Americas Inc. d/b/a Deutsche Insurance Asset Management; Cede & Co., No. 08-cv-6134**

Dear Judge Preska:

We represent Interpleader Plaintiff LaSalle Bank National Association in the above referenced matter. On August 14, 2008, we filed a Notice of Dismissal as to Interpleader Defendant Deutsche Investment Management Americas, Inc. ("Deutsche"), a copy of which is enclosed. It appears that the Court construed this Notice of Dismissal as to Deutsche as a notice of dismissal of the entire action as to all of the Interpleader Defendants. Accordingly, the Court ordered the Clerk of Court to mark this action closed and any pending motions denied as moot. Because plaintiff did not intend that the entire action be dismissed, we respectfully ask the Court to reinstate this action as to all Interpleader Defendants except as to Deutsche.

Thank you for your attention to this matter.

Respectfully submitted,

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*Michael E. Johnson (JA)*
Michael E. Johnson

MEJ: pll
Enclosure  *August 20, 2008*

cc: Robert A. Cohen, Esq. (via facsimile)
Tracy L. Klestadt, Esq. (via facsimile)
Paul F. Corcoran, Esq. (via facsimile)
Eric P. Heichel, Esq. (via facsimile)

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.