Preska, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASALLE BANK NATIONAL ASSOCIATION, as
Indenture Trustee,

     Interpleader Plaintiff,

  - against -

BNP PARIBAS, LONDON BRANCH; AMBAC
CREDIT PRODUCTS LLC; NATIXIS
FINANCIAL PRODUCTS INC.; DEUTSCHE
INVESTMENT MANAGEMENT AMERICAS
INC. d/b/a DEUTSCHE INSURANCE ASSET
MANAGEMENT; CEDE & CO., as holder of
certain Notes and nominee name of the Depositary
Trust Company; DOES 1 through 5, holders of
certain Class A-2 Notes; and DOES 6 through 100,
owners of beneficial interests in certain Class A-1T,
Class A-2, Class A-3 and Class A-4 Notes.

     Interpleader Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

**STIPULATION TO
AMEND COMPLAINT**

Case No. 08-cv-6134
(LAP)

  Pursuant to Federal Rule of Civil Procedure 15(a)(2), Interpleader Plaintiff LaSalle Bank National Association, in its capacity as Indenture Trustee, and Interpleader Defendant Cede & Co., through their undersigned attorneys, hereby stipulate and consent to the filing of an Amended Complaint attached hereto as Exhibit A. Cede & Co. will have 10 days to respond after service of the Amended Complaint.

  Respectfully submitted this 4th day of August, 2008.

LEGAL02/30927432v1

CONTINUED FROM PREVIOUS PAGE

ALSTON & BIRD LLP

By: *(signature)*
Michael E. Johnson (MJ 0299)
Judith A. Amorosa (JA 4027)
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Interpleader Plaintiff
LaSalle Bank National Association, as
Indenture Trustee*

EISEMAN LEVINE
LEHRHAUPT & KAKOYIANNIS, PC

By: *(signature)*
Eric P. Heichel
805 Third Avenue, 10th Floor
New York, NY 10022
(212) 752-1000
*Attorneys for Interpleader Defendant Cede & Co.*

September 2, 2008

**SO ORDERED**
*(signature)*
U.S.D.J.

- 2 -